Before WIDENER, NIEMEYER, and WILLIAMS, Circuit Judges.

PER CURIAM.

Lorenzo Adderly appeals from the district court's order denying his motion for reconsideration of the order in which the district court granted Adderly's Fed. R.Civ.P. 60(b) motion, amended his criminal judgment, and reduced his sentence. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *United States v. Adderly*, No. CR–95–74 (E.D.Va. May 31, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

Before WIDENER, NIEMEYER, and WILLIAMS, Circuit Judges.

PER CURIAM.

James Neal, III, seeks to appeal the district court's order denying his motions for reconsideration of the denial of his 28 U.S.C.A. § 2255 (West Supp. 2001) motion. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Neal*, Nos. CR–94–27; CA–96–1624–0 (D.S.C. Apr. 27 & June 15, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

**UNITED STATES of America, Plaintiff–Appellee,**

v.

**James NEAL, III, Defendant–Appellant.**

**No. 01–7108.**

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 29, 2001.

Decided Dec. 5, 2001.

James Neal, III, pro se. Marvin Jennings Caughman, Assistant United States Attorney, Columbia, SC, for appellee.

**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Linda TAYLOR, a/k/a Jipsey Kuszmaul, a/k/a Lindalee Marie Kuzma, a/k/a Lindalee Marie Taylor, Defendant–Appellant.**

**No. 01–7114.**

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 29, 2001.

Decided Dec. 5, 2001.